UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| In Re: | ) | BK No.: 17-20809 |
|---|---|---|
| | ) | |
| | ) | Chapter: 13 |
| Marchette Loan Reynolds | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER MODIFYING THE AUTOMATIC STAY**

This cause coming on to be heard on the motion of Mechanics Bank and due notice having been given, and the Court being otherwise advised in the premises;

IT IS HEREBY ORDERED that the restraining provisions of §362 of the Bankruptcy Code be and the same are hereby modified to permit Mechanics Bank to take possession of and foreclose its security interest in a certain 2016 Chrysler 200, VIN 1C3CCCAB1GN133485.

IT IS FURTHER ORDERED that the restraining provisions of §1301 of the Bankruptcy Code are terminated with respect to an individual commonly known as Darius Reynolds.

IT IS FURTHER ORDERED that Bankruptcy Rule 4001(a)(3) does not apply to this Order.

Enter: *(signed)* Deborah L. Thorne

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: June 27, 2018

**Prepared by:**

Christopher H. Purcell
Sherman & Purcell LLP
120 South La Salle Street
Chicago, Illinois 60603
Phone: (312) 372-1487
Attorney for Mechanics Bank